# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **TORREY THOMAS** | * | **CIVIL ACTION NO.:** | |
| | * | | |
| **VERSUS** | * | **SECTION:** | |
| | * | | |
| **W & T OFFSHORE INC.** | * | **MAG. DIV.:** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

## COMPLAINT FOR DAMAGES

---

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff, Torrey Thomas, a person of full age and majority residing and domiciled in the Parish of St. Tammany, Louisiana, who respectfully tenders the following averments:

1.      This Honorable Court has subject matter jurisdiction of the present claim on multiple bases including: Admiralty Jurisdiction pursuant 28 U.S.C. § 1333, Federal Question Jurisdiction pursuant to 28 U.S.C. § 1331 as the claim arises under the provisions of the Outer Continental Shelf Lands Act ["OCSLA"], 43 U.S.C. § 1331, *et seq*., and finally, Diversity Jurisdiction pursuant to 28 U.S.C. § 1332 based on the diversity of citizenship of the parties and the amount in controversy exceeds the sum of $75,000.

2.      The Defendant, W & T Offshore Inc. is a Texas Corporation and was at all material times the owner and operator of the MATTERHORN SEASTAR.

3.      The MATTERHORN SEASTAR is a Tension Leg Platform at Mississippi Canyon Block 243 in the Gulf of Mexico and is permanently attached to the subsoil and seabed of the Outer Continental Shelf.

4.      Defendant, W & T Offshore Inc., is liable unto Plaintiff, Torrey Thomas, for all of the damages he sustained, as well as all general and equitable relief, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings for the following reasons to-wit:

5.      On or about August 3, 2016, Plaintiff suffered personal injuries to his left knee and lumbar spine as a result of an accident caused by the negligence of W & T Offshore Inc. while he was employed as a galley hand on the MATTERHORN SEASTAR.

6.      On said date, while performing these duties in his usual and customary safe manner, Plaintiff's boot became caught in a drainage hole, the cap on which was improperly secured, creating a tripping hazard.  As a result, Plaintiff fell to the ground and sustained injuries to his left knee and lumbar spine.

7.      Plaintiff avers that at the time of this accident on August 3, 2016, he was an able-bodied galley hand, and that the negligence of Defendant, W & T Offshore Inc., directly and/or proximately caused Plaintiff's severe injuries for which he has undergone medical treatment to his left knee and lumbar spine.  Furthermore, as a result of Defendant W & T Offshore Inc.'s negligence, Plaintiff has suffered physical and mental pain, as well as, economic loss for lost wages, fringe benefits, and unpaid medical expenses for which he demands recovery.

8.      Plaintiff further avers that Defendant, W & T Offshore Inc., through their agents, servants, and employees recklessly, negligently, and/or carelessly failed to exercise reasonable care to prevent damages caused by the ruin, vice, or defect of the drain hole, which the Defendant, knew, or in the exercise of reasonable care, should have known posed an unreasonable risk of harm to Plaintiff.

A.  In that W & T Offshore Inc. failed to provide a reasonably safe work area free from hazards that created an unreasonable risk of harm;

B.  In that W & T Offshore Inc. knew, or in the exercise of reasonable care, should have known about the hazardous condition of the drain hole but failed to take corrective action;

C.  In that W & T Offshore Inc. failed to exercise due caution and care commensurate with the circumstances.

D.  Other acts and omissions of negligence, which will be fully enumerated at the trial of this matter.

9.    Plaintiff demands all damages reasonable and specifically itemizes the following damages suffered for which he seeks recovery:

A.  Physical Pain and Suffering, Past and Future;

B.  Mental Pain and Suffering, Past and Future;

C.  Past Lost Wages;

D.  Future Lost Earning Capacity and Fringe Benefits;

E.  Unpaid Past Medical Expenses;

F.  Future Life Care Needs and Medical Expenses for Remainder of Life Expectancy.

10.    Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

11.    Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Torrey Thomas, prays that Defendant, W & T Offshore Inc., be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Torrey

Thomas, and against Defendant, W & T Offshore Inc., for all sums reasonable, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

**DAVIS, SAUNDERS, MILLER & ODEN**

BY: * /s/ Joseph M. Miller, Esq.*
       _____
       **JOSEPH M. MILLER #30636**
       **BENJAMIN B. SAUNDERS #11733**
       **CARISA GERMAN-ODEN #31463**
       400 Mariners Plaza Drive, Suite 401
       Mandeville, Louisiana  70448
       Telephone: (985) 612-3070
       Facsimile:  (985)612-3072

       **Attorneys for Plaintiff,**
       **Torrey Thomas**